USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
BARBARA ROLDAN,
                            Plaintiff,

-against-

251 CHURCH STREET LLC AND TWO HANDS TRIBECA, LLC,

                            Defendants.
----------------------------------------------------------------X

22-CV-6700 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 13, 2022, Plaintiff moved for leave to file an amended complaint (the "Motion"), Dkt. 15;

    WHEREAS on December 7, 2022, Defendant filed a Declaration in opposition to the Motion, Dkt. 20; and

    WHEREAS on December 9, 2022, the parties appeared before the Undersigned for an Initial Pretrial Conference.

    IT IS HEREBY ORDERED that, as discussed at the conference, Defendant must file a Memorandum of Law pursuant to Local Rule 7.1 in connection with its opposition to the Motion by no later than **December 14, 2022**; Plaintiff's reply will be due no later than **December 21, 2022**.

    IT IS FURTHER ORDERED that discovery is STAYED pending a decision on the Motion.

**SO ORDERED.**

Date: December 9, 2022
      New York, New York

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**